Entered: October 5th, 2020
Signed: October 2nd, 2020
**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| **PATRINA CUTHBERTSON**, : | Case No. **18-1-2627-LS** |
| : | Chapter 13 |
| Debtor(s). : | |
| : | |

### ORDER APPROVING MODIFIED PLAN
### AFTER CONFIRMATION

Upon the motion of the Debtor(s) to modify the Chapter 13 plan of Debtor(s) after confirmation, after notice and a hearing, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the motion to modify the Chapter 13 plan of Debtor(s) is GRANTED; and it is further

**ORDERED**, that the Debtor(s) is/are directed to pay to the Trustee the modified plan payment of $28,087.56 total for months 1 through 27 and $1,000.00 monthly for months 28 through 84 and the Debtor will make a lump sum payment of $30,000.00 by June 1, 2021 and $30,762.44 by February 1, 2023 for a total gross funding of $145,850.00.

copies:   Debtor(s)
         Debtor(s)' Counsel
         Chapter 13 Trustee
         All creditors

**END OF ORDER**